MUNSON v. McCLAUGHRY. (Circuit Court of Appeals, Eighth Circuit. June 11, 1912.) No. 3,776. Appeal from the District Court of the United States, for the District of Kansas. Turner W. Bell, for appellant. McCabe Moore, Asst. U. S. Atty., for appellee.

PER CURIAM. Reversed on authority of Halligan v. Wayne, 179 Fed. 112, 113, 102 C. C. A. 410, and remanded with directions to grant petition for a writ of habeas corpus and to forthwith discharge Munson from further custody. Opinion to be filed later.

---

PENN–AMERICAN PLATE GLASS CO. et al. v. NOEL CONST. CO. OF BALTIMORE CITY. (Circuit Court of Appeals, Fourth Circuit. May 11, 1912.) No. 1,021. In Error to the Circuit Court of the United States for the District of Maryland, at Baltimore. Charles F. Stein and Thomas G. Hayes (Wm. W. Saperston and A. Bernard Chancellor, on the brief), all of Baltimore, Md., for plaintiffs in error. J. Kemp Bartlett and R. Howard Bland (L. B. Keene Claggett and Edgar Allan Poe, on the brief), all of Baltimore, Md., for defendant in error. Before PRITCHARD, Circuit Judge, and McDOWELL and CONNOR, District Judges.

PER CURIAM. Affirmed, with costs.

---

WASHINGTON et al. v. TEARNEY et al. (Circuit Court of Appeals, Fourth Circuit. March 16, 1912.) No. 1,068. Appeal from the District Court of the United States for the Northern District of West Virginia, at Martinsburg, in Bankruptcy. For former opinion, see 194 Fed. 830.

PER CURIAM. Decree of District Court affirmed, with costs. Decree filed. April 5, 1912, mandate issued and transmitted to clerk of the District Court of the United States for the Northern District of West Virginia, at Martinsburg. April 9, 1912, petition of appellants for a rehearing presented. April 10, 1912, rehearing granted and mandate recalled. Order filed.

---

WRIGHT et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 6, 1912.) No. 3,612. Appeal from the Circuit Court of the United States for the Eastern District of Oklahoma. L. C. Brown (C. T. Atkinson, on the brief), for appellants. Paul A. Ewert, Sp. Asst. Atty. Gen., for the United States. Before SANBORN, HOOK, and ADAMS, Circuit Judges.

HOOK, Circuit Judge. This is a suit by the United States to cancel conveyances of lands in Oklahoma allotted to a Quapaw Indian, upon the ground that they are contrary to the restriction against alienation prescribed by act of Congress. Defendants claim under a deed from the widow of the allottee. The Circuit Court gave a decree for complainant and defendants appealed. Three questions are presented: Has the United States the right to maintain the suit? Does the restriction against alienation run with the land and therefore affect the heirs of an allottee? Was the widow an indispensable party to the suit? Answers to all these questions adverse to the contentions of defendants have been given by this court. United States v. Allen, 103 C. C. A. 1, 179 Fed. 13; Goodrum v. Buffalo, 89 C. C. A. 525, 162 Fed. 817; Bowling v. United States, 111 C. C. A. 561, 191 Fed. 19. Affirmed.